UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

SCARBOROUGH-ST. JAMES CORP., *et al.*,

    Debtors.

---

SCARBOROUGH-ST. JAMES CORPORATION,

    Plaintiff,

  -against-

MADISON REALTY CAPITAL, L.P. and, 67500 SOUTH MAIN STREET, RICHMOND LLC,

    Defendants.

---

Chapter 11

Case No. 03-17966

(Jointly Administered)

Adv. Pro. No. 09-01273

## **NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 7041, and Fed. R. Civ. P. 41(a)(1)(A)(i), all claims raised in the above-captioned matter are hereby dismissed without prejudice.

Dated: July 20, 2015
      New York, New York

               LeClairRyan, a Professional Corporation

               /s/ Michael T. Conway
                  Michael T. Conway
               885 Third Avenue, Sixteenth Floor
               New York, New York 10022
               Tel.: (212) 430-8032
               Fax: (212) 430-8062
               *Counsel for Plaintiff*